UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAR -3  PM 4: 18

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. **CR211-15** |
| ) | |
| v. ) | VIO: 21 U.S.C. § 846 |
| ) | Conspiracy to Possess with Intent to |
| BRIAN KEITH GLOVER, ) | Distribute and to Distribute Controlled |
|    AKA "BG," ) | Substances |
| ANDREY LAMAR JAMES, ) | |
|    AKA "DUKEY DRE," ) | 21 U.S.C. § 841(a)(1) |
| BASSIL JAMES RHODEN, ) | Possession with Intent to Distribute |
| ALBERTO R. ANDUJAR, ) | Cocaine |
|    AKA "AL," ) | |
| DAN WENDELL MANGRAM, ) | 18 U.S.C. § 924(c)(1)(A) |
| OSCAR RAMON WOODS, ) | Possession of Firearms in Furtherance of |
|    AKA "O," ) | a Drug Trafficking Crime |
| JOEL CHRISTOPHER JORDAN, ) | |
|    AKA "J," ) | 18 U.S.C. § 922(g)(1) |
| IAN KYLE BAKER, ) | Possession of Firearm by a Felon |
|    AKA "BELLA," ) | |
| BENJAMIN DUNHAM, JR. ) | 18 U.S.C. § 2 |
| DAMIAN JULIAN, ) | Aiding and Abetting |
| GEORGE EDWARD BRENNON, ) | |
| WILLIAM CORTEZ SMITH, ) | 21 U.S.C. §853 |
| DWIGHT ALLEN WILSON ) | Forfeiture |
| REGINALD LEON STEVENS, ) | |
| JERMAINE DONTE HARDEE, ) | |
|    AKA "MOON PIE," ) | |
| RODERICK D. THOMAS, ) | |
|    AKA "4-5," ) | |
| XONTAVIOUS DEOTNE HAWKINS, ) | |
|    AKA "TAE TAE," ) | |
| NIKITA JAMALA JONES, ) | |
| SHANICE LASHAY JACKSON ) | |
|    AKA "SHAY," ) | |
| RASHUANA DENAY BATTLE, AND ) | |
| JAMIE LATOYA SCOTT ) | |
| ) | |

## COUNT ONE
## CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES

**THE GRAND JURY CHARGES:**

That beginning on or about the November 27, 2007, up to and including the return date of the indictment, in Glynn and Camden Counties, within the Southern District of Georgia, within the Middle District of Georgia, within the Southern District of Florida, within the Northern District of Florida, and elsewhere, the defendants herein:

**BRIAN KEITH GLOVER,**
   AKA "BG,"
**ANDREY LAMAR JAMES,**
   AKA "DUKEY DRE,"
**BASSIL JAMES RHODEN,**
**ALBERTO R. ANDUJAR,**
   AKA "AL,"
**DAN WENDELL MANGRAM,**
**OSCAR RAMON WOODS,**
   AKA "O,"
**JOEL CHRISTOPHER JORDAN,**
   AKA "J,"
**IAN KYLE BAKER,**
   AKA "BELLA,"
**BENJAMIN DUNHAM, JR.**
**DAMIAN JULIAN,**
**GEORGE EDWARD BRENNON,**
**WILLIAM CORTEZ SMITH,**
**DWIGHT ALLEN WILSON,**
**REGINALD LEON STEVENS,**
**JERMAINE DONTE HARDEE,**
   AKA "MOON PIE,"
**RODERICK D. THOMAS,**
   AKA "4-5,"
**XONTAVIOUS DEOTNE HAWKINS,**
   AKA "TAE TAE,"
**NIKITA JAMALA JONES,**
**SHANICE LASHAY JACKSON**
   AKA "SHAY,"

**RASHUANA DENAY BATTLE, AND**
**JAMIE LATOYA SCOTT,**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a schedule II controlled substance, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a schedule II controlled substance, and 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a schedule I controlled substance, and 3,4-methylenedioxymethamphetamine, also known as "MDMA" or "ecstasy," a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); all done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 846.

## COUNT TWO
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

**THE GRAND JURY FURTHER CHARGES:**

That on or about the 8th day of July 2010, in Glynn County, within the Southern District of Georgia, the defendant herein:

**BRIAN KEITH GLOVER,**
**AKA "BG,"**

aided and abetted by others, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a schedule II controlled substance, in violation of Title 18, United States Code,

3

Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
## POSSESSION OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

**THE GRAND JURY FURTHER CHARGES:**

That on or about the 15th day of December 2010, in Glynn County within the Southern District of Georgia, the defendant herein,

**BRIAN KEITH GLOVER,
AKA "BG," AND
NIKITA JAMALA JONES,**

aided and abetted by each other, did knowingly and intentionally possess a firearm, that is, a Glock Model 23, .40 S & W caliber semi-automatic pistol, serial number HMU297, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the conspiracy to possess with intent to distribute and to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One of this Indictment; all done in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A).

## COUNT FOUR
## POSSESSION OF FIREARM BY A FELON

**THE GRAND JURY FURTHER CHARGES:**

That on or about the 15th day of December 2010, in Glynn County, within the Southern District of Georgia, the defendant herein,

**BRIAN KEITH GLOVER,
AKA "BG,"**

who before that time had been convicted of one or more felony offenses, said offenses punishable

by imprisonment for more than one year, that is,

> Violation of the Georgia Controlled Substances Act (Possession of Cocaine), case number 9200548, conviction dated January 25, 1993, in the Superior Court of Glynn County,
>
> Violation of the Georgia Controlled Substances Act (Possession of Cocaine with Intent to Distribute), case number 9600822, conviction dated July 7, 1997, in the Superior Court of Glynn County,
>
> Violation of the Georgia Controlled Substances Act (Possession of Cocaine with Intent to Distribute), case number 9600838, conviction dated July 7, 1997, in the Superior Court of Glynn County,
>
> Distribution of Crack Cocaine, case number CR 298-34, conviction dated November 25, 1998, in the United States District Court for the Southern District of Georgia,

did knowingly possess in and affecting commerce a firearm, to-wit: a Glock Model 23, .40 S&W caliber semi-automatic pistol, serial number HMU297, which before December 15, 2010 had been shipped and transported in interstate or foreign commerce, done in violation of Title 18, United States Code, Sections 922(g)(1) and 924e(1).

## FORFEITURE ALLEGATION

**THE GRAND JURY FURTHER CHARGES:**

That upon conviction of one or more of the Title 21 offenses alleged in this indictment, the defendants herein:

> **BRIAN KEITH GLOVER,**
> **AKA "BG,"**
> **ANDREY LAMAR JAMES,**
> **AKA "DUKEY DRE,"**
> **BASSIL JAMES RHODEN,**
> **ALBERTO R. ANDUJAR,**
> **AKA "AL,"**
> **DAN WENDELL MANGRAM,**
> **OSCAR RAMON WOODS,**
> **AKA "O,"**

JOEL CHRISTOPHER JORDAN,
    AKA "J,"
IAN KYLE BAKER,
    AKA "BELLA,"
BENJAMIN DUNHAM, JR.
DAMIAN JULIAN,
GEORGE EDWARD BRENNON,
WILLIAM CORTEZ SMITH,
DWIGHT ALLEN WILSON,
REGINALD LEON STEVENS,
JERMAINE DONTE HARDEE,
    AKA "MOON PIE,"
RODERICK D. THOMAS,
    AKA "4-5,"
XONTAVIOUS DEOTNE HAWKINS,
    AKA "TAE TAE,"
NIKITA JAMALA JONES,
SHANICE LASHAY JACKSON
    AKA "SHAY,"
RASHUANA DENAY BATTLE, AND
JAMIE LATOYA SCOTT,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all real and personal property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said Title 21 violations, and any and all real and personal property used or intended to be used in any manner or part to commit and to facilitate the commission of the Title 21 violations alleged in the Indictment. Said property includes, but is not limited to:

    1.    **PERSONAL PROPERTY**

        (a)    One Water Resistant, Stainless Steel Glory JGL 60 Swiss Chronograph Watch;

        (b)    One 10K Gold Necklace with a 14K Gold Diamond Cross Pendant; and

        (c)    One 10K Gold Diamond Link Bracelet;

2. **CASH PROCEEDS**

a. Approximately $9,340.00 United States currency, seized from **Brian Keith Glover** on December 15, 2010;

3. **PROCEEDS / PERSONAL MONEY JUDGMENT**

A sum of money equal to all proceeds the defendants obtained directly or indirectly as a result of the Title 21 offenses charged in this Indictment, and all property used or intended to be used to facilitate such offenses, that is, a minimum of $1,500,000 in United States Currency, and all interest and proceeds traceable thereto; in that such sum, in aggregate, was received by the defendants in exchange for the distribution of controlled substances or is traceable thereto. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount subject to forfeiture under this paragraph.

4. **MOTOR VEHICLES:**

    (a)    1996 Ford Crown Victoria
            Gray in Color
            VIN 2FALP71W5TX144739
            Georgia License Number: BDW6327
            Titled Owner: Bryon Keith Glover

    (b)    2008 Xingyue XY260T4 Motor Scooter
            Orange in Color
            VIN: L4STHNDKX88952290
            Georgia License Number CY4ZFZ;
            Titled Owner: Bryon Keith Glover

    (c)    1972 Chevrolet Caprice
            VIN: 1N47U2D138108
            Georgia License Number GT261F;
            Titled Owner: Brian Glover

    (d)    2003 Suzuki Quadsport Z400 Four-Wheeler
            VIN: JSAAK47AX32125546

Titled Owner:  Unknown

## 5   SUBSTITUTE PROPERTY

If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third person;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21, U.S.C. § 853(p) to seek forfeiture of any other property of the said defendant up to the value of the above forfeitable property.

By virtue of the commission of one or more of the Title 21 felony drug offenses charged in this indictment by the defendants, any and all interest the defendants have in the

property subject to forfeiture is vested in the United States and is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

A True Bill.

_____
Foreman

_____
Edward J. Tarver
United States Attorney
Georgia Bar No. 698380

_____
James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

_____
Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

_____
Karl I. Knoche*
Assistant United States Attorney
Georgia Bar No. 426624

* lead counsel